### M. B. Voorhees, Administrator, Plaintiff in Error, v. Chicago & Alton Railroad Company, Defendant in Error.

### (Not to be reported in full.)

Error to the Circuit Court of Jersey county; the Hon. NORMAN L. JONES, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed October 11, 1917. Rehearing denied December 1, 1917.

### Statement of the Case.

Action by M. B. Voorhees, administrator of the estate of Lillian Ryan, deceased, plaintiff, against the Chicago & Alton Railroad Company, defendant, to recover damages for the death of plaintiff's intestate. From a judgment for defendant, plaintiff brings error.

Plaintiff's intestate being a sister, three years old, of plaintiff's intestate in the case of *Voorhees v. Chicago & Alton R. Co., ante,* p. 86, and killed in the same accident, the judgment was for reasons stated in the opinion in that case reversed.

W. J. CHAPMAN and D. J. SULLIVAN, for plaintiff in error.

WINSTON, PAYNE, STRAWN & SHAW, for defendant in error; SILAS H. STRAWN, THOMAS F. FERNS, CHARLES J. McFADDEN and LESLIE M. O'CONNOR, of counsel.

PER CURIAM.